UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELLISSA-JEAN TALBOT, | ) |
| PLAINTIFF, | ) |
| V. | ) CIVIL NO. 09-11494-JLT |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) |
| DEFENDANT. | ) |

~~(PROPOSED)~~ ORDER AND ENTRY OF JUDGMENT
PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)
WITH REVERSAL AND REMAND OF THE CASE TO THE DEFENDANT

In accordance with the Court's allowance of the Defendant's Assented To Motion For Entry Of Judgment Under Sentence Four of 42 U.S.C. § 405(g), With Reversal and Remand of the Case to the defendant

IT IS HEREBY ORDERED THAT this action be remanded for further administrative proceedings as described in the Memorandum of Law in Support of Motion for Entry of Judgment under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further proceedings.

SO ORDERED this __30th__ day of __March__, 2010.

_____
HONORABLE JOSEPH L. TAURO
United States District Court